# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | CASE NO. 18cv795-LAB (AGS) |
| Plaintiff, | **ORDER GRANTING VOLUNTARY DISMISSAL [Dkt. 9]** |
| vs. | |
| SUNSTONE TOP GUN, LLC, | |
| Defendants. | |

Plaintiff filed a notice of voluntary dismissal with prejudice. [Dkt. 9]. Because Defendant has not filed an answer or motion for summary judgment, unilateral dismissal is permitted. FRCP 41(a)(1)(A)(i). Plaintiff's voluntary dismissal is **GRANTED** and the case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: September 12, 2018

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -